■ The People of the State of New York, Respondent, v Eshawn Purdie, Appellant. [844 NYS2d 162]—Judgment, Supreme Court, New York County (Micki Scherer, J.), rendered on or about August 17, 2005, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Andrias, Williams, Buckley and Malone, JJ.